## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CITY OF AUSTIN POLICE RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>vs.<br><br>KINROSS GOLD CORPORATION, TYE W. BURT, PAUL H. BARRY, GLEN MASTERMAN, and KENNETH G. THOMAS,<br><br>　　　　　　　　　　　Defendants. | Civil Action No. 1:12-cv-01203-VEC<br><br>Judge Valerie E. Caproni<br><br>ECF Case<br><br>CLASS ACTION<br><br>MOTION FOR FINAL APPROVAL OF THE PROPOSED SETTLEMENT, PLAN OF ALLOCATION, AND FINAL CERTIFICATION OF CLASS FOR SETTLEMENT PURPOSES |

TO:   ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that pursuant to this Court's Preliminary Approval Order, dated May 27, 2015, and upon the accompanying Memorandum of Law, declarations and exhibits; Lead Plaintiff City of Austin Police Retirement System will move this Court on October 15, 2015 at 2:00 p.m. in the Courtroom of the Honorable Valerie E. Caproni, United States District Judge for the Southern District of New York, Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY 10007 for an Order and Final Judgment granting final approval of the proposed class action settlement.

DATED:  September 24, 2015　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　**BERNSTEIN LIEBHARD LLP**
　　　　　　　　　　　　　　　　　　　By:  /s/ Stanley D. Bernstein
　　　　　　　　　　　　　　　　　　　　　Stanley D. Bernstein (Bernstein@bernlieb.com)
　　　　　　　　　　　　　　　　　　　　　U. Seth Ottensoser (Ottensoser@bernlieb.com)
　　　　　　　　　　　　　　　　　　　　　Michael S. Bigin (Bigin@bernlieb.com)
　　　　　　　　　　　　　　　　　　　　　Laurence J. Hasson (Hasson@bernlieb.com)
　　　　　　　　　　　　　　　　　　　　　10 East 40th Street
　　　　　　　　　　　　　　　　　　　　　New York, New York  10016
　　　　　　　　　　　　　　　　　　　　　Tel:  (212) 779-1414
　　　　　　　　　　　　　　　　　　　　　Fax:  (212) 779-3218 (fax)

　　　　　　　　　　　　　　　　　　　*Lead Counsel for Lead Plaintiff the City of Austin Police Retirement System and the Settlement Class*