**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CITY OF AUSTIN POLICE RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs,<br><br>KINROSS GOLD CORPORATION, TYE W. BURT, PAUL H. BARRY, GLEN MASTERMAN, and KENNETH G. THOMAS,<br><br>Defendants | Civil Action No. 1:12-cv-01203-VEC<br><br>Judge Valerie E. Caproni<br><br>ECF Case<br><br>CLASS ACTION |

**NOTICE MOTION FOR AN ORDER DISTRIBUTING THE REMAINDER OF THE NET SETTLEMENT FUND TO *CY PRES* DESIGNEE CONSUMER FEDERATION OF AMERICA INC.**

PLEASE TAKE NOTICE that upon the accompanying memorandum of law and declaration, Lead Plaintiff respectfully moves for entry of the proposed Order Distributing the Remainder of the Net Settlement Fund to *Cy Pres* Designee Consumer Federation of America Inc. pursuant to the Final Order and Judgment (ECF No. 206 at ¶ 23).

DATED: September 11, 2024

Respectfully submitted,

**BERNSTEIN LIEBHARD LLP**
By: */s/ Michael S. Bigin*
Stanley D. Bernstein
Michael S. Bigin
10 East 40th Street
New York, NY 10016
Telephone: (212) 779-1414
Facsimile: (212) 779-3218
bernstein@bernlieb.com
bigin@bernlieb.com

*Lead Counsel for Lead Plaintiff the City of Austin Police Retirement System and Settlement Class*