UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CITY OF AUSTIN POLICE RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　Plaintiffs,<br><br>　vs,<br><br>KINROSS GOLD CORPORATION, TYE W. BURT, PAUL H. BARRY, GLEN MASTERMAN, and KENNETH G. THOMAS,<br><br>　　　　　Defendants. | Civil Action No. 1:12-cv-01203-VEC<br><br>Judge Valerie E. Caproni<br><br>ECF Case<br><br>CLASS ACTION<br><br>[Proposed] ORDER DISTRIBUTING THE REMAINDER OF THE NET SETTLEMENT FUND TO *CY PRES* DESIGNEE CONSUMER FEDERATION OF AMERICA INC. |

WHEREAS:

　　A.　　On October 15, 2015, the Court entered the Order and Final Judgment, which, *inter alia*, approved the Settlement, the terms of which were set forth in the Stipulation of Settlement, dated March 26, 2015 (the "Stipulation").[1]

　　B.　　The Court retained jurisdiction for all matters relating to this Action, including the administration, interpretation, effectuation, or enforcement of the Stipulation and the Order and Final Judgment.

　　C.　　On October 5, 2016, the Court entered the Order Distributing the Net Settlement Fund.

　　D.　　The Claims Administrator conducted two rounds of distributions to the Authorized Claimants as described in its Declaration of Melissa Mejia in Support of Memorandum of Law in

---

[1] Unless otherwise defined herein, all capitalized terms herein shall have the same meaning as set forth in the Stipulation.

Support of Motion for an Order Distributing the Remainder of the Net Settlement Fund to *Cy Pres* Designee Consumer Federation of America Inc. dated August 26, 2024.

  E. Lead Counsel and the Claims Administrator have determined that the cost of a third distribution is not economically feasible.

  NOW, THEREFORE, upon review of Lead Plaintiff's Motion for and Order Distributing the Remainder of the Net Settlement Fund to *Cy Pres* Designee Consumer Federation of America Inc., and all other papers submitted in support thereof, and for good cause for the relief requested, it is hereby ORDERED, as follows:

  1. Any bank fees, accounting fees, and taxes owed shall be deducted from the Net Settlement Fund; and

  2. The Net Settlement Fund shall be donated to the Consumer Federation of America Inc.

Dated: 10/2/2024

                HONORABLE VALERIE E. CAPRONI
                UNITED STATES DISTRICT JUDGE